FILED
2012 Aug-30 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.                                                                   Case No. 2:08-cv-655-AKK

ALABAMA DEPARTMENT OF
REVENUE and JULIE P. MAGEE,
Commissioner of the Alabama
Department of Revenue,

    Defendants.

## NOTICE OF APPEAL

    Notice is hereby given that CSX Transportation, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order dismissing the Complaint with prejudice, vacating the Preliminary Injunction issued on March 10, 2011, and ordering the disbursement of the disputed tax funds from the Escrow Fund to the Alabama Department of Revenue, entered in this action on the 24th day of August, 2012.

    Respectfully submitted, this 30th day of August, 2012.

M SDG 2343197 v1
2783740-000033  08/29/2012

Respectfully submitted,

James W. McBride
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
920 Massachusetts Avenue, NW, Suite 900
Washington, DC 20001
Telephone:  (202) 508-3400
Fax:         (202) 508-3402

Stephen D. Goodwin
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  (901) 526-2000
Fax:         (901) 577-2303

J. Forrest Hinton
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
Wells Fargo Building
420 Twentieth Street North, Suite 1400
Birmingham, AL 35203
Telephone:  (205) 328-0480
Fax:         (205) 322-8007

By:   s/   J. Forrest Hinton
         Attorneys for Plaintiff

M SDG 2343197 v1
2783740-000033  08/29/2012

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following by the CM/ECF electronic filing system or by depositing a copy thereof in the United States mail, properly addressed and postage prepaid, this 30th day of August, 2012:

>Margaret Johnson McNeill
>Assistant Attorney General
>State of Alabama and Assistant Counsel
>Department of Revenue
>P.O. Box 320001
>Montgomery, Alabama 36132-0001

 s/ J. Forrest Hinton
Attorneys for Plaintiff

M SDG 2343197 v1
2783740-000033  08/29/2012